# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Demetrio Campbell

                Plaintiff,

v.                                                                         Case No.: 1:15−cv−09351

                                                                               Honorable Steven C. Seeger

Jhon Doe, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's unopposed motion for extension of time (Dckt. No. [121]) is granted. Plaintiff to send a written settlement demand to Defendants by December 27, 2019. The motion hearing set for December 23, 2019 is hereby stricken. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.